# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> TODD DISNER, et al., <br><br> Defendant(s). | Case No. 2:23-cv-01604-JAD-NJK <br><br> **ORDER** |

Pending before the Court is an order to show cause for failure to prosecute. Docket No. 9. In light of the subsequent motion to substitute, which was granted, Docket Nos. 10, 11, the order to show cause is **DISCHARGED**. Plaintiff must diligently advance this case moving forward.

IT IS SO ORDERED.

Dated: July 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge